# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant, <br><br> AMERICAN ACTION NETWORK, <br><br> Intervenor-Defendant. | Civil No. 16-cv-2255 (CRC) |

## NOTICE OF APPEAL

Intervenor-Defendant American Action Network appeals to the United States Court of Appeals for the District of Columbia Circuit from the March 20, 2018 judgment of the district court (Dkt. Nos. 47 (order) and 48 (memorandum opinion)) granting Plaintiffs' cross-motion for summary judgment and denying the Federal Election Commission's and American Action Network's motions for summary judgment, as well as from all orders and rulings merged therein, including without limitation the September 19, 2016 memorandum opinion and order entered in related Case No. 14-cv-01419 (CRC) at Dkt. Nos. 52 (memorandum opinion) and 53 (order).

    Respectfully submitted,

    */s/ Claire J. Evans*
    Jan Witold Baran (D.C. Bar No. 233486)
    Caleb P. Burns (D.C. Bar No. 474923)
    Claire J. Evans (D.C. Bar No. 992271)
    Wiley Rein LLP
    1776 K Street NW
    Washington, DC 20006
    Tel.: 202.719.7000
    Fax: 202.719.7049

May 4, 2018      *Counsel for American Action Network*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on May 4, 2018, a true and correct copy of American Action Network's notice of appeal was filed and served electronically through the Court's CM/ECF system upon the following counsel of record:

Charles Kitcher
Erin R. Chlopak
Gregory J. Mueller
Kevin Deeley
Federal Election Commission
Office of General Counsel
1050 First Street, NE
Washington, DC 20463

Stuart C. McPhail
Adam J. Rappaport
Citizens for Responsibility and Ethics in Washington
455 Massachusetts Avenue, N.W.
6th Floor
Washington, DC 20001

                                                      */s/ Claire J. Evans*
                                                      Claire J. Evans